COMPLAINT
(for non-prisoner filers without lawyers)

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2021 APR 19 P 2: 49
CLERK OF COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Jeremiah Collins, Sr.,

Plaintiff

-v.

Judge Jane Carroll, Milwaukee County Court, Branch 39

Lisa Bangert, Attorney & Guardian Ad Litem

Ryan Kastelic, Attorney

Jamie Christine Collins

Defendants

Case Number:

**21-C-0497**

## A. PARTIES

1. Plaintiff is a citizen of Wisconsin and resides at 7217 W. Fiebrantz Ave., Milwaukee, WI 53216.
2. Defendant Judge Jane Carroll is a citizen of Wisconsin and resides at (address unknown) and works for the Milwaukee County Courts, 901 N. 9th St., Room 514, Milwaukee, WI 53233.
3. Defendant Lisa Bangert is a citizen of Wisconsin and resides at 5566 N. Diversey Blvd., Milwaukee, WI 53217, and works as a self-employed attorney, 127 E. Silver Spring Dr., #200, Whitefish Bay, WI 53217.
4. Defendant Ryan Kastelic is a citizen of Wisconsin and resides at 13940 N. Shady Ln., Mequon, WI 53097, and works as a self-employed attorney, 1031 N. Astor St., Milwaukee, WI 53202.
5. Defendant Jamie Collins is a citizen of Wisconsin and resides at 2215 N. Vel R. Phillips Ave., #115, Milwaukee, WI 53212.

## B. STATEMENT OF CLAIM & RELIEF WANTED

### 1. Defendant Judge Jane Carroll:

- Beginning the day she first heard this case (January 14, 2019) and continuing with every hearing in this case (most recently on March 30, 2021) Judge Carroll has violated Petitioner's constitutional rights to an impartial tribunal, due process, freedom of speech, freedom from unusual punishments, and reasonable accommodations under the Americans With Disabilities Act. Judge Carroll violated Petitioner's rights because she is biased against Petitioner, as has been clearly documented. Defendant's repeated violation

of Petitioner's rights has resulted in the grievous and unnecessary destruction of his family and relationships with his children, significant financial distress and ruin, embarrassment, and humiliation. Due to the grievous nature of Defendant's violation of Petitioner's constitutional rights, Petitioner wants all cases involving Petitioner over which Judge Carroll presided[1] to be thrown out and, hence, all rulings, orders, decisions, opinions, etc. rendered null and void. As well, Petitioner wants monetary and other appropriate damages for all consequences indicated above.

2. **Defendant Lisa Bangert**

    - Beginning the day she first met with Petitioner (April 2018) and continuing until her discharge as Petitioner's children's Guardian ad litem (August 18, 2020) Ms. Bangert has violated Petitioner's constitutional rights to due process, an impartial tribunal, freedom of speech, and freedom from unusual punishments. As well, Ms. Bangert violated her own ethical duties and Petitioner's right to peaceable, helpful, nonaggressive, and non-argumentative counsel. Defendant behaved as such because she has demonstrated disdain for Petitioner (perhaps because he is a black male), as has been clearly documented (not the least of which is when she told Petitioner to f*** off in the Milwaukee County Court hallway following a hearing). Defendant's repeated violation of Petitioner's rights has resulted in the grievous and unnecessary destruction of his family and relationships with his children, significant financial distress and ruin, embarrassment, and humiliation. Petitioner wants monetary and other appropriate damages for all consequences indicated.

3. **Defendant Ryan Kastelic**

    - During his time as Petitioner's representative (August 20, 2019 through July 15, 2021), Defendant violated Petitioner's right to an attorney who upholds his ethical duties of diligence, helpfulness, communication, and adequate representation. On multiple occasions, Mr. Kastelic demonstrated he was incapable of focusing on the legal issues at hand, ignored Petitioner's directives, and failed and/or refused to communicate with Petitioner. Defendant did so because he did not feel that he was adequately remunerated for his services, although he never requested additional funds. These violations resulted in inadequate representation, the consequences of which are significant financial distress and ruin, embarrassment, and humiliation. Petitioner wants monetary reimbursement for all monies paid Defendant.

---

[1] Milwaukee County Court case numbers 18FA0386-18CV1077

### 4. Defendant Jamie Collins

- Ms. Collins began her violation of Petitioner's rights on February 2, 2018, when she filed a false domestic abuse report/petition against Petitioner in the Milwaukee County Court (petition was dismissed). Ms. Collins has continued her violation of Petitioner's rights by lying under oath during every hearing in the Milwaukee County Courts (most recent March 30, 2021) and filing multiple false domestic abuse petitions against Petitioner. Ms. Collins did all of these things because she was/is angry and bitter that Petitioner filed for divorce against her. Defendant's repeated violation of Petitioner's rights has resulted in the grievous and unnecessary destruction of his family and relationships with his children, significant financial distress and ruin, embarrassment, ruined friendships, family strife, severe psychological distress, and humiliation. Petitioner wants monetary and other appropriate damages for all consequences indicated.

### C. JURISDICTION

- I am suing for a violation of federal law under 28 U.S.C. §1331.

### D. JURY DEMAND

- I DO want a jury to hear my case.

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 19th day of April, 2021.

Respectfully submitted,

*Jeremiah Collins Sr.*

Jeremiah Collins, Sr.
7217 W. Fiebrantz Avenue, Milwaukee, WI 53216
414-210-7691
jeremiah.collins35@yahoo.com